IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGAN IGLESIA, LARRY FERTEL, NOSSON CHAIM ROSENBERG, SUZANNE TATKOW, JAIME MAXWELL, LAUREN DEBELISO, MEREDITH BARTER, and PATRICK FERGUSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NESTLE USA, INC., a Virginia Corporation; and FERRARA CANDY COMPANY, an Illinois Corporation, FERRERO U.S.A., INC., a New Jersey Corporation, <br><br> Defendants. | Case No. 2:20-cv-05971-BRM-JSA <br><br> **CLASS ACTION** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(i))** |

Plaintiffs Regan Iglesia, Larry Fertel, Nosson Chaim Rosenberg, Suzanna Tatkow, Jaime Maxwell, Lauren Debeliso, Meredith Barter, and Patrick Ferguson, by counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this voluntary dismissal with prejudice.

DATED: February 28, 2022          **MILLER SHAH LLP**

*/s/James C. Shah*
James C. Shah
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Tel: (866)540-5505
Fax: (860) 300-7367
Email:  jcshah@millershah.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/James C. Shah*
James C. Shah